# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

> This travel sounds like a vacation, which is not appropriate for a defendant who is facing sentencing and may have a restitution, fine and/or forfeiture obligation, unless his financial situation is such that the cost of the trip will not impact his ability to satisfy any financial obligations that may accrue at sentencing. If it is not a vacation, or if Defendant has enough money that he could meet all possible financial obligations and still take this trip, he may apply again with more information.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
>
> 11/22/19

November 22, 2019

VIA ECF
Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Antonio Santiago
      7:19-cr-00375-CS

Dear Judge Seibel:

We write to request permission for Mr. Santiago to travel to Orlando, Florida with his children on December 12th through December 16th, 2019. Please know they have not yet made hotel reservations pending your approval.

Please know that the Government and Pre-Trial Services do not object to this modification.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

Deveraux L. Cannick

cc:   AUSA David Felton
      Pre-Trial Officer Gary Hackett