UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :     CONSENT PRELIMINARY ORDER
        - v. -                    :     OF FORFEITURE/
                                  :     MONEY JUDGMENT
ANTONIO SANTIAGO,                 :
                                  :     19 Cr. 375-9 (CS)
                                  :
        Defendant.                :
                                  :     
- - - - - - - - - - - - - - - - - x

       WHEREAS, on or about May 22, 2019, ANTONIO SANTIAGO (the "defendant"), was charged in a nine-count Indictment, 19 Cr. 375 (CS) (the "Indictment"), with, among other things, conspiring to receive, possession, and sell stolen vehicles, in violation of Title 18, United States Code, Sections 371 and 2313 (Count One);

       WHEREAS, the Indictment included a forfeiture allegation as to, among other counts, Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c) of any and all property, real and personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about June 11, 2019, the defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, included but not limited to a sum of money representing the amount of proceeds traceable to the commission of said offense;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $22,500.00 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorneys, David

R. Felton and Emily Deininger, of counsel, and the defendant, and his counsel, Deveraux Cannick, Esq., that:

1.  As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $22,500.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2.  Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, ANTONIO SANTIAGO, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.  All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4.  The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture

Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____  1/21/2020
DAVID R. FELTON                   DATE
EMILY DEININGER
Assistant United States Attorneys
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Tel: (914) 993-1908 /(212) 637-2472


ANTONIO SANTIAGO

By: _____  1/21/2020
ANTONIO SANTIAGO                  DATE


By: _____  1/21/2020
DEVERAUX CANNICK, ESQ.            DATE
Attorney for Defendant
Aiello & Cannick
Maspeth, New York 11378

SO ORDERED:

_____  1/21/20
HONORABLE CATHY SEIBEL       DATE
UNITED STATES DISTRICT JUDGE